```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>The Williford Family Partnership, L.P., et al,<br><br>    Defendants | Case No. **2:11-cv-00675-KJM-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF LEWIS T. WILLIFORD; MARGIT J. WILLIFORD**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendants Lewis T. Williford; Margit J. Williford are hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date:  May 12, 2011.

_____
UNITED STATES DISTRICT JUDGE